**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 03-60047-CIV-DIMITROULEAS/ROSENBAUM

SUSAN HALIKIAS,

      Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.
_____/

## REPORT AND RECOMMENDATION

      This matter is before the Court on Plaintiff's Unopposed Motion to Dismiss with

prejudice. [D.E. 25].  By Order of October 25, 2007, this case was referred for appropriate

disposition or report and recommendation.  [D.E. 17].  On October 29, 2007, the Court set forth a

Briefing Schedule that directed Plaintiff to file its motion for summary judgment by November

30, 2007.  [D.E. 21].  Plaintiff did not file a motion for summary judgment by November 30,

2007.  On December 5, 2007, this Court issued an Order to Show Cause for Plaintiff's failure to

file its motion for summary judgment and directed Plaintiff to respond by December 14, 2007.

[D.E. 24].  On December 13, 2007, the Plaintiff filed its Unopposed Motion to Dismiss with

prejudice. [D.E. 25].  Accordingly, having considered the record in this case and being fully

advised in the premises, the undersigned hereby **RECOMMENDS** as follows:

      1.      That Plaintiff's Unopposed Motion to Dismiss with Prejudice [D.E. 25] be

**GRANTED;**

      2.      Pursuant to Local Magistrate Rule 4(b), the parties have ten (10) days from

service of this Report and Recommendation to serve and file written objections, if any, with the

Honorable William P. Dimitrouleas, United States District Judge.   Failure to timely file objections shall bar the parties from a *de novo* determination by the District Judge of an issue covered in the report and bar the parties from attacking on appeal the factual findings contained herein.  *R.T.C. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993); *LoConte v. Dugger*, 847 F.2d 745, 750 (11th Cir. 1988); *Nettles v. Wainwright*, 677 F.2d 404, 410 (5th Cir. Unit B 1982) (*en banc*); 28 U.S.C. § 636(b)(1).[1]

**FILED AND SUBMITTED** at Fort Lauderdale, Broward County, Florida, this 28th day of December, 2007.

_____
ROBIN S. ROSENBAUM
United States Magistrate Judge

cc:    Honorable William P. Dimitrouleas
       David I. Mellinger, AUSA
       Jay Evan Rothlein, Esq.

---

[1] Pursuant to *Stein v. Reynolds Secs., Inc.*, 667 F.2d 33, 34 (11th Cir. 1982), all cases of the Fifth Circuit Unit B are binding precedent in the Eleventh Circuit.